IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD RAY BROWN,

    Plaintiff

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

CIVIL ACTION FILE NO.
1:17-CV-1504-ODE-JKL

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed March 23, 2018 ("R&R") [Doc. 20]. No objections have been filed.

After a thorough analysis, Judge Larkins recommends that the decision of the Commissioner be reversed and remanded for further action consistent with the R&R.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, the decision of the Commissioner is REVERSED and REMANDED for further action consistent with the R&R.

SO ORDERED, this 20 day of April, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE